718

## J. & H. Vending, Inc. Appeals.

Argued June 9, 1975. *Abe Lapowsky*, for appellant; *Stanton A. Berkowitz*, Assistant Attorney General, with him *Robert P. Kane*, Attorney General, for appellee.

Orders affirmed.

## Jacques *v.* Hicks, Appellant.

order by MARSH, J. Argued June 16, 1975. *Edward Hicks*, appellant, in propria persona; *William H. Robinson, Jr.*, and *Hiscott & Robinson*, submitted a brief for appellee.

Judgment affirmed.

## Kelly, Appellant, *v.* Paoli Construction Company.

Argued June 9, 1975. *Joseph R. McFadden, Jr.*, with him *Francis A. Ferrara, Frank L. Tamulonis, Jr.*, and *Kassab, Cherry and Archbold*, for appellant; *Robert B. Surrick*, with him *Cramp, D'Iorio, McConchie and Surrick*, for appellee.

Judgment affirmed.

## Krol, et al., Appellants, *v.* Insurance Company of North America.